20636. BAILEY *et al. v.* WILLIAMS, Administrator, *et al.*

WYATT, Presiding Justice. This case is controlled by the decision in *Bailey* v. *Williams*, ante.

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 16, 1959—DECIDED OCTOBER 9, 1959.

*J. T. Sisk,* for plaintiffs in error.
*A. S. Skelton, Marshall L. Allison,* contra.